# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BETHZAIDA RIVERA, | ) | |
| | ) | CIVIL ACTION NO.: |
| Plaintiff, | ) | 1:18-cv-00067-JEJ |
| | ) | |
| v. | ) | |
| | ) | Judge Jones |
| FEDEX SUPPLY CHAIN, INC. | ) | |
| f/k/a GENCO I, INC. | ) | |
| | ) | |
| and | ) | |
| | ) | |
| ELWOOD STAFFING SERVICES | ) | |
| INC. f/k/a BERKS AND BEYOND | ) | |
| EMPLOYMENT SERVICES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41

The Parties, by and through the Parties' respective undersigned counsel, hereby stipulate and agree that the above-captioned matter should be hereby DISMISSED WITH PREJUDICE AND WITHOUT FEES OR COSTS pursuant to F.R.C.P. Rule 41(a)(1)(A)(ii).

SO STIPULATED.

Date:  September 6, 2018

        **McCarthy Weisberg Cummings, P.C.**

        */s/ Larry A. Weisberg*
        Larry A. Weisberg, Esquire
        2704 Commerce Drive, Suite B
        Harrisburg, PA 17110
        (717) 238-5707

        *Attorney for Plaintiff*

        **Littler Mendelson, P.C.**

        */s/ Jill M. Weimer*
        Jill M. Weimer, Esq.
        Emilie R. Hammerstein, Esq.
        625 Liberty Avenue, 26th Floor
        Pittsburgh, PA  15222
        (412) 201-7632/7631

        *Attorneys for Defendant FedEx Supply Chain, Inc.*

        **Barley Snyder, LLP**

        */s/ David J. Freedman*
        David J. Freedman, Esq.
        126 East King Street
        Lancaster, PA 17602
        (717) 399-1578

        *Attorney for Defendant Elwood Staffing Services Inc.*

Approved by: _____